On appellant's petition for reconsideration filed April 20, and respondent's response to petition for reconsideration filed May 9, reconsideration allowed; previous opinion (212 Or App 218, 157 P3d 796) reversed and remanded July 5, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KIMBERLY JO CHANDLER,
*Defendant-Appellant.*

Klamath County Circuit Court
0300375CR; A126237

162 P3d 276

Jamesa J. Drake for petition.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, for response.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM